IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

**MICHELE DESOER**
Plaintiff/Petitioner

vs.

**CAPITAL ONE FINANCIAL CORPORATION; ET AL.**
Defendant/Respondent

Cause No.: **2:19-CV-01223-MLP**
Hearing Date:

DECLARATION OF SERVICE OF
**SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; PLAINTIFF'S JURY DEMAND**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **7th day of August, 2019** at **11:34 AM** at the address of **300 DESCHUTES WAY SW STE 304, TUMWATER, Thurston County, WA 98501**; this declarant served the above described documents upon **AMAZON WEB SERVICES, INC. c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CORPORATION SERVICE COMPANY, REGISTERED AGENT**, **Who accepted service, with identity confirmed by physical description, a black-haired white female approx. 45-55 years of age, 5'-5'4" tall and weighing 80-120 lbs.  Cynthia Jones.** .

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$122.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

August 07, 2019
DATED _____.

*[signature]*

**Kevin Nakai, Reg. # 3465919, Washington**

ORIGINAL PROOF OF SERVICE
PAGE 1 OF 1

For: **Terrell Marshall Law Group PLLC**
Ref #: **2290-001 (AWS)**

Tracking #: **0040935959**